IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC DAVIS                                                                                                PETITIONER

v.                                      NO. 5:12CV00105 SWW

RAY HOBBS, Director of the                                                                RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for a writ of mandamus (docket entry #9) filed by petitioner Eric Davis is denied.

IT IS SO ORDERED this 16th day of May, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE