**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ERIC DAVIS                                                                                                     PETITIONER
ADC #658363

5:12CV00105 SWW/HDY

RAY HOBBS                                                                                                    RESPONDENT
Director, Arkansas Department of Correction

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Susan W. Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.   Why the record made before the Magistrate Judge is inadequate.

2.   Why the evidence proffered at the hearing before the District
     Judge (if such a hearing is granted) was not offered at the
     hearing before the Magistrate Judge.

3.   The detail of any testimony desired to be introduced at the
     hearing before the District Judge in the form of an offer of
     proof, and a copy, or the original, of any documentary or

1

      other non-testimonial evidence desired to be introduced at
the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

      Mail your objections and "Statement of Necessity" to:

      Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

      Petitioner Eric Davis filed this petition for a writ of *habeas corpus* on March 20, 2012. Petitioner did not pay the filing fee, and his application for leave to proceed *in forma pauperis* was denied on April 10, 2012, because he did not provide a complete history of his trust fund account activity for the preceding six months (docket entry #5). That same order directed Plaintiff to file a properly completed application for leave to proceed *in forma pauperis*, along with a completed calculation sheet, or to pay the $5.00 filing fee, within 30 days, and warned him that his failure to do so would result in the dismissal of his petition. Plaintiff was reminded of his obligation in an order entered on April 18, 2012 (docket entry #12). More than 30 days have passed, and Petitioner has not paid the filing fee, filed a properly completed application for leave to proceed *in forma pauperis* with a calculation sheet, or otherwise responded to the Court's order. Under these circumstances, the Court concludes that the petition should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

      IT IS THEREFORE RECOMMENDED THAT:

    1.    Petitioner's petition be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

    2.    The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this __16__ day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE